**FILED**

OCT - 3 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

WILLIE SLATER

**17 C R** - **648**

Case No.

Violation: Title 21, United States Code,
Section 846

JUDGE NORGLE

MAGISTRATE JUDGE FINNEGAN

The UNITED STATES ATTORNEY charges:

Beginning no later than in or about 2013, and continuing until at least in or about August 2015, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILLIE SLATER,

defendant herein, did conspire with Bruce Mormon, and with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(l),

In violation of Title 21, United States Code, Section 846.

_Joel R. Levin_ by C. Hotaling
ACTING UNITED STATES ATTORNEY