

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

WILLIE SLATER,

Defendant(s).

Case No. 17 CR 648-1
Judge Charles Norgle

### ORDER

Arraignent and initial appearance held. The defendant enters a plea of guilty as charged in the information. On the plea of guilty there is a finding of guilty. Sentencing is continued generally. A status hearing is set for January 10, 2018 at 10:00 a.m.

Time (00:30)

Date: 10/12/2017

_____
JUDGE CHARLES R. NORGLE