CJA_appointment_rev.07212015

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**FILED**

**Case Number** 17 CR 648

v.

OCT 12 2017

**WILLIE SLATER**
**Defendant.**

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

**Judge** Charles R. Norgle

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Willie Slater          **Under Seal** ☐

**Defendant Number:** One

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Gerald J. Collins

**Court Order:** Appointing Counsel

**Prior attorney's name:** N/A

**Signature of Presiding Judge or by Order of the Court** _Charles R Norgle_

**Date of Order:** 10/12/17   **Nunc Pro Tunc Date:** October 5, 2017   or **None** ☐

---

### ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**   ☐ Yes          **Under Seal** ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**   ☐ Yes  ☐ No

**Prior authorization approved**   ☐ Yes  ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____   **Nunc Pro Tunc Date:** _____   or **None** ☐