UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17 CR 648 |
| v. | ) | |
| | ) | Honorable Charles R. Norgle |
| WILLIE SLATER | ) | |

**AGREED ORDER TO RESECHEDULE CHANGE OF PLEA HEARING**

By the agreed motion of the parties, the status hearing previously set for December 5, 2018, at 10:00 a.m., is rescheduled to May 29, 2019, at 10:00 a.m. The Court excludes time in the interest of justice until May 29, 2019.

SO ORDERED.

CHARLES R. NORGLE
DISTRICT JUDGE
12/6/2018